**MEMO ENDORSED**

**KWON & LAM LLP**

321 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5825
Fax: (718) 795-1642
Email: info@bkllawyers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/17/2023

January 13, 2023

**Via ECF**
Hon. Andrew L. Carter Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   *Rodriguez Flores v. 2145 Ricardo LLC., et al.*
      Case No. 22-cv-07374(ALC)

Dear Judge Carter:

I write to respectfully request an extension of time for Defendant to submit an offer pursuant to Rule 68(a) from January 13, 2023 until January 27, 2023. While the parties have reached an agreement in principle, we have run into some unexpected issues which the parties are still working towards resolving. This is Defendants' first request for an extension, and Plaintiff has consented to this request.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ William Brown*

William Brown, Esq.
wbrown@bkllawyers.com

cc:   all parties via ECF

SO ORDERED:

*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1/13/2023

1