UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ULISES ALAN RODRIGUEZ FLORES,
*individually and on behalf of others similarly situated,*

Case: 22-cv-07374-ALC

*Plaintiff*,

**JUDGMENT**

-against-

2145 RICARDO LLC (D/B/A RICARDO STEAK HOUSE ), RICARDO STEAK HOUSE HEART FOUNDATION (D/B/A RICARDO STEAK HOUSE ), RICARDO LLC (D/B/A RICARDO STEAK HOUSE ), EDWARD M. MATEUS, and JAMES MATEUS A.K.A JIMMY MATEUS,

*Defendants.*
-------------------------------------------------------X

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, ULISES ALAN RODRIGUEZ FLORES, have judgment against Defendants 2145 RICARDO LLC (D/B/A RICARDO STEAK HOUSE ), RICARDO STEAK HOUSE HEART FOUNDATION (D/B/A RICARDO STEAK HOUSE ), RICARDO LLC (D/B/A RICARDO STEAK HOUSE ), EDWARD M. MATEUS, and JAMES MATEUS A.K.A JIMMY MATEUS, (collectively "Defendants"), jointly and severally, in the amount of $39,000 (Thirty-nine Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20\_\_   SO ORDERED,

_____
Hon. Andrew L. Carter Jr.
United States District Judge