UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ULISES ALAN RODRIGUEZ FLORES,
*individually and on behalf of others similarly situated,*

                        *Plaintiff*,

-against-

2145 RICARDO LLC (D/B/A RICARDO STEAK HOUSE ), RICARDO STEAK HOUSE HEART FOUNDATION (D/B/A RICARDO STEAK HOUSE ), RICARDO LLC (D/B/A RICARDO STEAK HOUSE ), EDWARD M. MATEUS, and JAMES MATEUS A.K.A JIMMY MATEUS,

                        *Defendants.*
-------------------------------------------------------X

Case.: <u>22-cv-07374-ALC</u>

**<u>PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT</u>**

**PLEASE TAKE NOTICE** that Plaintiff ULISES ALAN RODRIGUEZ FLORES hereby accepts the offer of judgment made by Defendants 2145 RICARDO LLC (D/B/A RICARDO STEAK HOUSE ), RICARDO STEAK HOUSE HEART FOUNDATION (D/B/A RICARDO STEAK HOUSE ), RICARDO LLC (D/B/A RICARDO STEAK HOUSE ), EDWARD M. MATEUS, and JAMES MATEUS A.K.A JIMMY MATEUS (collectively "Defendants") pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 25, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       January 26, 2023

Respectfully submitted,

_____
Bryan D. Robinson, Esq.
CSM Legal, P.C.
60 East 42nd Street. Suite 4510
New York, NY 10165
Email: bryan@csm-legal.com
*Attorneys for Plaintiff*